State v. Mihm. 87 *N. J. L.*

For the state, *Robert S. Hudspeth,* prosecutor of the pleas.

For the plaintiff in error, *Alexander Simpson.*

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. FRANK MIHM, PLAINTIFF IN ERROR.

Argued November 17, 1914—Decided June 14, 1915.

On error to the Supreme Court, in which court the following *per curiam* was filed:

"*Per curiam*—The judgment is affirmed for the reasons stated in the opinion in State *v.* Sutton just decided." 86 *N. J. L.* 46.

For the plaintiff in error, *William D. Edwards* and *Frank Bergen.*

For the defendant in error, *John Bentley, John Milton, John W. Wescott,* attorney-general, *Herbert Boggs,* assistant attorney-general.

PER CURIAM.

The judgment of the Supreme Court is affirmed upon the opinion filed in the case of *State* v. *Sutton, ante p.* 192.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH,
BLACK, VREDENBURGH, WHITE, TERHUNE, WILLIAMS, JJ.
13.

*For reversal*—None.